# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

149198(20)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

        SC: 149198
        COA: 319506
        Macomb CC: 1984-000602-FC

GEORGE JURICH,
        Defendant-Appellant.

_____/

      On order of the Court, the motion for reconsideration of this Court's February 3, 2015 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

      VIVIANO, J., not participating due to a familial relationship with the defendant's trial counsel.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2015



Clerk

d0831